THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:26-mj-1139-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TYLER KADE RILEY WAGES, | ) | |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has requested the above captioned criminal matter be Dismissed.

ORDERED that the criminal matter of TYLER KADE RILEY WAGES, 7:26-mj-1139-RJ, shall be DISMISSED, for the reasons stated in the Government's Motion to Dismiss.

The Clerk hereby is directed to enter an Order dismissing the criminal matter of TYLER KADE RILEY WAGES, 7:26-mj-1139-RJ.

This 6 day of October 2026.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE